IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JON MILLS                                                                                              PLAINTIFF

VS.                              CASE NO. 5:05CV00304 SWW

DAVID WHITE, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that the motion to dismiss filed by the ADC defendants (DE #42) be GRANTED in part, with respect to plaintiff's allegations against defendants White, Brooks, Norris, May, Hobbs, James, Richardson and Mustful, and with respect to plaintiff's allegations concerning administrative segregation and security, and DENIED in all other respects.

IT IS FURTHER ORDERED that plaintiff's motion for default judgment (DE #46) be DENIED.

IT IS FURTHER ORDERED that plaintiff's motion for Order (DE #47) be DENIED.

DATED this 8th day of March 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE