IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JON MILLS,
ADC #86911                                                                                                  PLAINTIFF

VS.                             CASE NO. 5:05CV00304 SWW/HLJ

DAVID WHITE, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a _de novo_ review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motions for preliminary injunctive relief (DE ##28, 32) are hereby DENIED.

IT IS SO ORDERED this 26th day of September, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE