IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JON MILLS,                                                                              PLAINTIFF
ADC #86911

VS.                       CASE NO. 5:05CV00304 BSM

DAVID WHITE, et al.                                                DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After carefully reviewing the findings and recommendations and the timely objections thereto, as well as a <u>de</u> <u>novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 24th day of September, 2008.

                                                             /s/ Brian S. Miller
                                                         UNITED STATES DISTRICT JUDGE