IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JON MILLS,                                                                                            PLAINTIFF
ADC #86911

VS.                         CASE NO. 5:05CV00304 BSM

DAVID WHITE, et al.                                                         DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Defendants' motions for summary judgment (DE ## 131, 134) are GRANTED, and Plaintiff's complaint against Defendants is DISMISSED with prejudice.

SO ADJUDGED this 24th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE