IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JON MILLS,
ADC #86911                                                                                    PLAINTIFF

v.                                       5:05CV00304BSM/JTK

DAVID WHITE, et al.                                                                        DEFENDANTS

ORDER

The Court has determined that the appointment of plaintiff's attorney, L. Ashley Higgins, shall be terminated. If counsel has received a copy of the file in this case, counsel is directed to return same to: United States District Court Clerk, 600 West Capitol Ave., Room 402, Little Rock, AR 72201-3325.

Pursuant to Local Rule 83.7, Zachary Taylor, P.O. Box 8967, Pine Bluff, AR 71611-8967, 8709-534-2551, is hereby appointed to represent plaintiff Jon Mills in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]  Pursuant to Rule 83.7, counsel must make written application to withdraw within fifteen (15) days; otherwise, the appointment will be effective.

Ruling on the defendant's summary judgment (Doc. No. 182) shall be held in abeyance pending this appointment process.

---

[1] Counsel may obtain a copy of the case file on disk by contacting the Courtroom Deputy.

1

IT IS SO ORDERED this 9th day of June, 2010.

_____
United States Magistrate Judge