IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JON MILLS,
ADC #86911                                                                                          PLAINTIFF

v.                                      5:05CV00304BSM/JTK

DAVID WHITE, et al.                                                                           DEFENDANTS

## ORDER

This matter is before the Court on the Defendant Bailey's second motion for summary judgment (Doc. No. 182). By Order dated July 8, 2010, attorney Clyde Tab Turner was appointed to represent Plaintiff. Therefore, Plaintiff shall file a response to Defendant's motion within twenty days of the date of this Order.

IT IS SO ORDERED this 11th day of August, 2010.

_____
United States Magistrate Judge