# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JON MILLS,                                                                                                    PLAINTIFF
ADC #86911

v.                                            5:05-cv-00304-BSM-JTK

DAVID WHITE, et al.                                                                                DEFENDANTS

## ORDER

This matter is before the Court on the Defendants' Second Motion for Summary Judgment (Doc. No. 182). As of this date, Plaintiff has not filed a response to the Motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Second Motion for Summary Judgment thirty (30) days of the date of this Order.

IT IS SO ORDERED this 23rd day of September, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE