**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JON MILLS
ADC# 86911                                                                                    PLAINTIFF

v.                           CASE NO. 5:05CV00304 BSM/JTK

R. BAILEY, Lieutenant
Arkansas Department of Correction, et al                               DEFENDANTS

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 220] and the filed objections [Doc. No. 221] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant R. Bailey's third motion for summary judgment [Doc. No. 212] be DENIED.

2. Defendant Jeremy Adams be DISMISSED from this case, without prejudice, for failure to serve.

ORDERED this 7th day of November 2011.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE