IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JON MILLS, ADC #86911**                                                      **PLAINTIFF**

**v.**                    **CASE NO. 5:05CV00304 BSM**

**R. BAILEY,**
**Lt., ADC**                                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the verdict returned by the jury on April 3, 2012;

IT IS ORDERED, ADJUDGED AND DECREED that on the claims of plaintiff Jon Mills, judgment is rendered for defendant R. Bailey and plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED this 4th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE